**Dismissed and Memorandum Opinion filed October 4, 2016.**



In The

# Fourteenth Court of Appeals

## NO. 14-16-00060-CV

## WILLIAM SATTERWHITE, JR., Appellant

## V.

## STEVEN AKINS AND HOUSTON PRESS, L.P. AND CRAIG MALISOW, Appellees

**On Appeal from the Co Civil Ct at Law No 1**
**Harris County, Texas**
**Trial Court Cause No. 1061321**

## M E M O R A N D U M   O P I N I O N

This appeal is from a judgment signed December 18, 2015. No clerk's record has been filed. The clerk responsible for preparing the record in this appeal informed the court appellant did not make arrangements to pay for the record.

On April 1, 2016, notification was transmitted to all parties of the court's intention to dismiss the appeal for want of prosecution unless, within fifteen days,

appellant paid or made arrangements to pay for the record and provided this court with proof of payment. *See* Tex. R. App. P. 37.3(b).

Appellant has not provided this court with proof of payment for the record. Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Justices Jamison, McCally, and Wise.